UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED MISSOULA, MT
2006 AUG 21 PM 1 18
PATRICK E. DUFFY
BY
DEPUTY CLERK

| UNITED STATES OF AMERICA, | No. 05-30238 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-04-00012-DWM |
| v. | |
| THOMAS JAMES O'NEILL, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Montana (Missoula).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Montana (Missoula) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 07/24/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 16 2006

by: _____
Deputy Clerk