IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 04-12-BU-DWM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THOMAS JAMES O'NEILL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States moves to amend the judgment entered on April 29, 2005 in this matter based on information that the victim, Piper Jaffray & Co., has settled with the Defendant for the amount of restitution already received. The United States requests the Court to amend the restitution amount ordered in the judgment to the amount agreed to by the victim and Defendant.

The United States does not provide any authority that would allow the Court to amend a judgment nearly five years after it was entered. The requested change

1

does not fall within the permissible grounds for amending a judgment set forth in Fed. R. Crim. P. 35, 36. A court may adjust a restitution payment schedule based "any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution." 18 U.S.C. § 3664(k). However, the United States has not argued that there has been a material change in the defendant's economic circumstances, and the requirements of section 3664(k) have not been met.

IT IS HEREBY ORDERED that the motion to amend judgment (dkt #145) is DENIED.

Dated this 12th day of January, 2010.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT